# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **22-cr-0711-JLS** |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CARLOS NOVOA, | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the Motion Hearing/Trial Setting in the above-captioned case is continued from April 29, 2022, at 1:30PM to May 27, 2022, at 1:30PM. Defendant shall file an acknowledgment of next court date within one week of this order.

**IT IS FURTHER ORDERED** that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting.

**SO ORDERED.**
Dated: April 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

*U.S. v. NOVOA,* 22-cr-0711-JLS